# Exhibit A



Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

November 3, 2023



K0005-L2  2767680 T08569 P160 ********SCH 5-DIGIT 11783
ERYN M KAPLAN

Re:  **NOTICE OF DATA BREACH – PLEASE READ CAREFULLY**

Dear Eryn M Kaplan,

Perry Johnson & Associates, Inc. ("PJ&A," "we," or "us") is providing this letter to inform you of an event that may affect your personal health information. This letter provides details of the event, our response, and resources available to you to help protect your personal health information from possible misuse, should you feel it is appropriate to do so.

**Who Is PJ&A and Why Did We Have Your Information?** PJ&A serves as a vendor to Northwell Health, Inc. and its subsidiaries and affiliates (collectively, "Northwell"). PJ&A provides certain transcription and dictation services to Northwell. In order to perform these services, PJ&A receives personal health information regarding Northwell patients.

**What Happened.** PJ&A became aware of a data security incident impacting our systems on May 2, 2023. We immediately initiated an investigation and engaged a cybersecurity vendor to further provide support in connection with our investigation and secure against potential system vulnerabilities. We promptly implemented the cybersecurity vendor-recommended actions to prevent the further disclosure of data as we continued to investigate the situation. Through our investigation, we determined that the unauthorized access to our systems occurred between March 27, 2023 and May 2, 2023, and the unauthorized access to Northwell patient data specifically occurred between April 7, 2023 and April 19, 2023.

On July 21, 2023, PJ&A notified Northwell that an unauthorized party had accessed and downloaded certain files from our systems. PJ&A had preliminarily determined that Northwell data was impacted on May 22, 2023 and, by September 28, 2023, confirmed the scope of the Northwell data impacted.

**What Information Was Involved.** We have confirmed that certain files containing your personal health information were impacted by this incident. Specifically, the following information may have been impacted: your name, date of birth, address, medical record number, hospital account number, and clinical information such as the name of the treatment facility, the name of your healthcare providers, admission diagnosis, date(s) and time(s) of service, and files containing transcripts of operative reports, consult reports, history and physical exams, discharge summaries or progress notes, which may include the reason for your visit, your diagnoses, laboratory and diagnostic testing results, medical history including family medical history, surgical history, social history, medications, allergies, and/or other observational information.

**What We Are Doing.** We are committed to maintaining the privacy and security of your information and take this incident very seriously. PJ&A took, and will continue to take, appropriate steps to address this incident, including updating our systems to prevent incidents of this nature from occurring in the future. As soon as we

1489 W. Warm Springs Rd STE 110 | Henderson NV 89014 | (800) 803-6330 | www.pjats.com | info@pjats.com

B103450                                                          -1-



2767680

K0005-L02

learned of the unauthorized access to our systems, PJ&A immediately initiated an investigation and retained a cybersecurity vendor to assist with containing the threat and with further securing our systems. PJ&A notified law enforcement about the incident and continues to cooperate with law enforcement's investigation. PJ&A further implemented additional technical restrictions in our systems, and we required a password reset for all employees. Additionally, with the assistance of our cybersecurity vendor, we deployed an endpoint detection and response system to monitor any unauthorized access of our systems. PJ&A has taken additional steps to ensure that no patient data was made public, and, to date, we have not identified any evidence that the unauthorized actor has disclosed and/or made any observable use of the data.

**What You Can Do.** Northwell has arranged to have Experian IdentityWorks[SM] protect your child's identity for **one year** at no cost to you.

Experian IdentityWorks[SM] provides complimentary identity restoration and fraud detection services to your child for one year. Please refer to the enclosed "Experian IdentityWorks Details" for further information and instructions for activating your child's one-year membership.

We also encourage you to regularly review your child's financial accounts and report any suspicious or unrecognized activity immediately. The enclosed "Important Identity Theft Information" provides further information about what you can do on behalf of your child. As recommended by federal regulatory agencies, you should remember to be vigilant for the next 12 to 24 months and report any suspected incidents of fraud to the relevant financial institution.

**For More Information.** The privacy and security of your child's personal health information is of the utmost importance to us. We sincerely regret this occurrence and apologize for any inconvenience or concern that it may cause. Should you have any questions regarding the incident, please do not hesitate to contact us at 1-833-200-3558 between 8:00 AM EST and 12:00 AM EST. If you have any questions regarding your child's credit monitoring or identity protection services, please call the number on the following page.

Sincerely,

Perry Johnson & Associates, Inc.

Enclosure